Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−15460−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Asma W. Naik
   22 Hanover Ct
   Princeton, NJ 08540−7067

Social Security No.:
   xxx−xx−4235

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on August 6, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 22 − 21
Order Granting Application for Extension of Loss Mitigation (Related Doc # 21). Loss Mitigation Period Extended to: 10/30/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/6/2018. (dmi)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 6, 2018
JAN: dmi

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Asma W. Naik  
    Debtor

Case No. 18-15460-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 06, 2018  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.  
lm          +IMPAC Mortgage Corp.,   19500 Jamboree Rd,   Irvine, CA 92612-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          IMPAC Mortgage Corp.  
                                                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    IMPAC Mortgage Corp. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Rebecca Ann Solarz    on behalf of Creditor    IMPAC Mortgage Corp. rsolarz@kmllawgroup.com  
         Tamika N. Wyche    on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com,  
          G30609@notify.cincompass.com  
         Tamika Nicole Wyche    on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com,  
          G30609@notify.cincompass.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 6