---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411
TW 06502006

In Re:

ASMA W. NAIK

**Order Filed on October 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-15460

Chapter: 13

Judge: CMG

---

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 31, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/8/18_____ :

Property:    22 Hanover Court, Princeton, NJ 08540-7067

Creditor:    Impac Mortgage Corp.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Tamika N. Wyche, Esquire__, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____January 30, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-15460-CMG
Asma W. Naik                                                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 31, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
db          Asma W. Naik,    22 Hanover Ct,    Princeton, NJ  08540-7067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    IMPAC Mortgage Corp. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Hubert C. Cutolo    on behalf of Creditor    IMPAC Mortgage Corp. hcutolo@cutololaw.com
           Hubert C. Cutolo    on behalf of Creditor    Princeton Greens Association, Inc. hcutolo@cutololaw.com
           Rebecca Ann Solarz     on behalf of Creditor     IMPAC Mortgage Corp. rsolarz@kmllawgroup.com
           Tamika N. Wyche    on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com, G30609@notify.cincompass.com
           Tamika Nicole Wyche    on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com, G30609@notify.cincompass.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                 TOTAL: 8