UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
IMPAC Mortgage Corp.

In Re:

Asma Naik,

Debtor.

Case No.:     18-15460-CMG

Chapter:     13

Hearing Date:     11/19/18

Judge:     Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Creditor's Objection to Confirmation (Docket # 18)

_____

Date: 11/16/18                              /s/ Denise Carlon
                                            Signature

*rev.8/1/15*