| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-15460 / CMG**

Asma W. Naik

Petition Filed Date: 03/20/2018
341 Hearing Date: 05/03/2018
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/02/2018 | $625.00 | 47951000 | 05/02/2018 | $625.00 | 48828980 | 06/04/2018 | $625.00 | 49682560 |
| 07/09/2018 | $625.00 | 50510920 | 08/06/2018 | $625.00 | 51334260 | 09/04/2018 | $625.00 | 52081340 |
| 10/09/2018 | $625.00 | 52956310 | 11/06/2018 | $625.00 | 53732340 | | | |

**Total Receipts for the Period:  $5,000.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Asma W. Naik | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA NICOLE WYCHE, ESQ | Attorney Fees | $3,500.00 | $0.00 | $3,500.00 |
| | | No Disbursements: No Check | | | |
| 1 | INTERNAL REVENUE SERVICE | Priority Crediors | $638.54 | $0.00 | $0.00 |
| | »»  2014-2015 EST | Hold Funds: Estimated | | | |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $4,553.32 | $0.00 | $0.00 |
| | »»  2013 + PENALTY | | | | |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $184.35 | $0.00 | $0.00 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $67.17 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC | Unsecured Creditors | $442.15 | $0.00 | $0.00 |
| 6 | IMPAC MORTGAGE CORP | Mortgage Arrears | $198,618.37 | $0.00 | $0.00 |
| | »»  P/22 HANOVER COURT./1ST MTG/ORD 11/29/18 | | | | |
| 7 | NJ DIVISION OF TAXATION | Priority Crediors | $346.23 | $0.00 | $0.00 |
| | »»  TGI-EE 2015-2016 | | | | |
| 8 | NJ DIVISION OF TAXATION | Unsecured Creditors | $99.70 | $0.00 | $0.00 |
| | »»  TGI-EE 2010;2013 | | | | |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,625.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $625.00 |
| Paid to Trustee: | $374.97 | Arrearages: | $0.00 |
| Funds on Hand: | $5,250.03 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**