UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411
TW 06502006

Order Filed on April 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ASMA W. NAIK

Case No.:     18-15460

Chapter:         13

Judge:           CMG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 23, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/8/18_____ :

Property:    22 Hanover Court, Princeton, NJ 08540-7067

Creditor:    Impac Mortgage Corp.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Tamika N. Wyche, Esquire__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____July 22, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2