UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411
TW 06502006

Order Filed on April 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ASMA W. NAIK

| | |
|---|---|
| Case No.: | 18-15460 |
| Chapter: | 13 |
| Judge: | CMG |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 23, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/8/18_____ :

Property: ___22 Hanover Court, Princeton, NJ 08540-7067___

Creditor: ___Impac Mortgage Corp.___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Tamika N. Wyche, Esquire__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____July 22, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Asma W. Naik  
    Debtor

Case No. 18-15460-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 23, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.  
db          Asma W. Naik,    22 Hanover Ct,    Princeton, NJ    08540-7067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:

         Albert   Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor     IMPAC Mortgage Corp. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Hubert C. Cutolo     on behalf of Creditor     IMPAC Mortgage Corp. hcutolo@cutololaw.com  
         Hubert C. Cutolo     on behalf of Creditor     Princeton Greens Association, Inc. hcutolo@cutololaw.com  
         Melissa S DiCerbo     on behalf of Creditor     LoanCare, LLC as subservicer for IMPACT CMB Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Rebecca Ann Solarz     on behalf of Creditor     IMPAC Mortgage Corp. rsolarz@kmllawgroup.com  
         Tamika N. Wyche     on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
         Tamika Nicole Wyche     on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                 TOTAL: 9