Case 18-15460-CMG    Doc 56    Filed 08/02/19    Entered 08/02/19 13:47:42    Desc Main
Document    Page 1 of 2

8/2/2019    Gmail - U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Asma W. Naik, Case Number: 18-15460, CMG, Ref: [p...



Law Office of David Daniels, LLC <daviddanielslaw@gmail.com>

## U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Asma W. Naik, Case Number: 18-15460, CMG, Ref: [p-137843349]

1 message

---

**USBankruptcyCourts@noticingcenter.com** <USBankruptcyCourts@noticingcenter.com>    Fri, Aug 2, 2019 at 12:58 PM
To: daviddanielslaw@gmail.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

August 3, 2019

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Asma W. Naik, Case Number 18-15460, CMG

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
402 East State Street
**Trenton, NJ 08608**

---

Undeliverable Address:
Eastern Account System
75 Glen Rd Ste 110
Sandy Hook, CT 06482-1175

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 837, NEWTOWN CT 06470-0837 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

*P.O. Box 837*
*Newton, CT 06470-2837*

Undeliverable Address:
Midwest Recovery Systems
2747 W Clay St Ste A
Saint Charles, MO 63301-2557

8/2/2019 Gmail - U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Asma W. Naik, Case Number: 18-15460, CMG, Ref: [p…

Case 18-15460-CMG    Doc 56    Filed 08/02/19    Entered 08/02/19 13:47:42    Desc Main
Document    Page 2 of 2

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 514 EARTH CITY PLZ STE 100, EARTH CITY MO 63045-1303 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

514 Earth City Expy
Earth City, MO 63045

Tamika N. Wyche                                          8-02-19
Signature of Debtor or Debtor's Attorney                 Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

B_P318154601850206.PDF
5K