Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 18-15460 / CMG**

Asma W. Naik

Petition Filed Date: 03/20/2018  
341 Hearing Date: 05/03/2018  
Confirmation Date: 02/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $625.00 | 55332270 | 02/26/2019 | $625.00 | 56511540 | 03/06/2019 | $1,250.00 | 56763320 |
| 04/10/2019 | $625.00 | 57728160 | 05/13/2019 | $625.00 | 58540700 | 06/11/2019 | $625.00 | 59312500 |
| 07/09/2019 | $625.00 | 60026520 | 08/09/2019 | $625.00 | 60827840 | 09/09/2019 | $625.00 | 61608630 |
| 10/04/2019 | $625.00 | 62311880 | 11/06/2019 | $625.00 | 63139680 | 12/04/2019 | $625.00 | 63813610 |

**Total Receipts for the Period:  $8,125.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,375.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Asma W. Naik | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA NICOLE WYCHE, ESQ<br>»»  ATTY DISCL | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2014-2015 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2013 TAX PERIOD + PENALTY | Unsecured Creditors | $4,378.29 | $4,378.29 | $0.00 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $184.35 | $184.35 | $0.00 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $67.17 | $67.17 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $442.15 | $442.15 | $0.00 |
| 6 | IMPAC MORTGAGE CORP<br>»»  P/22 HANOVER CT/1ST MTG | Mortgage Arrears | $25,000.00 | $3,640.27 | $21,359.73 |
| 7 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2015-2016 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 8 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2010;2013 | Unsecured Creditors | $99.70 | $99.70 | $0.00 |

**Chapter 13 Case No. 18-15460 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | |
|---|---|---|
| Total Receipts: $14,375.00 | Percent to General Unsecured Creditors: 100% |
| Paid to Claims: $12,311.93 | Current Monthly Payment: $625.00 |
| Paid to Trustee: $903.07 | Arrearages: $0.00 |
| Funds on Hand: $1,160.00 | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**