Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–15460–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Asma W. Naik
  22 Hanover Ct
  Princeton, NJ 08540–7067

Social Security No.:
  xxx–xx–4235

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/6/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 7, 2020
JAN: rms

                                                                     Jeanne Naughton
                                                                     Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 18-15460-CMG
Asma W. Naik                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Aug 07, 2020
                              Form ID: 148             Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
db             Asma W. Naik,    22 Hanover Ct,    Princeton, NJ   08540-7067
517398841     +Eastern Account System,    POB 837,    Newton, CT 06470-0837
517558373     +IMPAC Mortgage Corp,    c/o LOANCARE, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517398842     +IMPAC Mortgage Corp.,    19500 Jamboree Rd,    Irvine, CA 92612-2426
517398844     #KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517398845     +Midwest Recovery Systems,    514 Earth City Expy.,    Earth City, MO 63045-1303
517398846      State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ  08695-0245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2020 01:19:21       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2020 01:19:16      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ  07102-5235
517398840      EDI: COMCASTCBLCENT Aug 08 2020 04:13:00       Comcast Cable,    PO Box 3006,
                Southeastern, PA  19398-3006
517398843      EDI: IRS.COM Aug 08 2020 04:13:00       IRS,   PO Box 931000,    Louisville, KY  40293-1000
517557662      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 01:13:24
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517553418     +EDI: AIS.COM Aug 08 2020 04:13:00       Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           +IMPAC Mortgage Corp.,    19500 Jamboree Rd,    Irvine, CA 92612-2426
cr*           +IMPAC Mortgage Corp.,    19500 Jamboree Road,    Irvine, CA 92612-2426
517519971*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    IMPAC Mortgage Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    IMPAC Mortgage Corp. hcutolo@cutolobarros.com,
               ecourts@cutolobarros.com
              Hubert C. Cutolo    on behalf of Creditor    Princeton Greens Association, Inc.
               hcutolo@cutolobarros.com,    ecourts@cutolobarros.com
              Melissa S DiCerbo    on behalf of Creditor    LoanCare, LLC as subservicer for IMPACT CMB Trust
               nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    IMPAC Mortgage Corp. rsolarz@kmllawgroup.com
              Tamika N. Wyche    on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              Tamika Nicole Wyche    on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 07, 2020
                              Form ID: 148             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 10