| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on August 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Asma W. Naik<br><br><br><br>Debtor(s) | Case No.: 18-15460 / CMG<br><br>Chapter 13<br><br>Hearing Date: 8/5/20  at 9:00 AM<br><br>Judge: Christine M. Gravelle |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2020**

*Signature*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Asma W. Naik  
    Debtor

Case No. 18-15460-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 07, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.  
db          Asma W. Naik,    22 Hanover Ct,    Princeton, NJ    08540-7067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2020 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    IMPAC Mortgage Corp. dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Hubert C. Cutolo     on behalf of Creditor    IMPAC Mortgage Corp. hcutolo@cutolobarros.com,  
            ecourts@cutolobarros.com  
           Hubert C. Cutolo     on behalf of Creditor    Princeton Greens Association, Inc.  
            hcutolo@cutolobarros.com,    ecourts@cutolobarros.com  
           Melissa S DiCerbo     on behalf of Creditor    LoanCare, LLC as subservicer for IMPACT CMB Trust  
            nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com  
           Rebecca Ann Solarz     on behalf of Creditor    IMPAC Mortgage Corp. rsolarz@kmllawgroup.com  
           Tamika N. Wyche     on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com,  
            G30609@notify.cincompass.com  
           Tamika Nicole Wyche     on behalf of Debtor Asma W. Naik daviddanielslaw@gmail.com,  
            G30609@notify.cincompass.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 10